**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ANNA PERASSO, | CIVIL ACTION NO. 3:10-cv-1476 |
| Plaintiff, | |
| v. | (JUDGE CAPUTO) |
| CAESARS COVE HAVEN, INC., ET AL., | |
| Defendants. | |

## ORDER

**NOW**, this 12th day of June, 2012, **IT IS HEREBY ORDERED** that Defendants' Motion for Summary Judgment (Doc. 15) is **DENIED**.

      /s/ A. Richard Caputo
      A. Richard Caputo
      United States District Judge