IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANNA PERASSO,

    Plaintiff,

    v.

COVE HAVEN, INC., t/d/b/a/ COVE HAVEN, INC. t/d/b/a COVE HAVEN RESORT and STARWOOD HOTELS & RESORTS WORLDWIDE, INC.,

    Defendants.

NO. 3:10-CV-1476

(JUDGE CAPUTO)

## JURY VERDICT QUESTIONNAIRE

We, the jury, unanimously find the following by a preponderance of the evidence:

1)     Was Cove Haven negligent?

    Yes __X__     No _____

IF YOU ANSWERED QUESTION 1 "YES," PROCEED TO QUESTION 2.

IF YOU ANSWERED QUESTION 1 "NO," PLEASE STOP, SIGN AND DATE THIS FORM, AND RETURN IT.

2)     Was Cove Haven's negligence a factual cause of any harm to Anna Perasso?

    Yes __X__     No _____

IF YOU ANSWERED QUESTION 2 "YES," PROCEED TO QUESTION 3.

IF YOU ANSWERED QUESTION 2 "NO," PLEASE STOP, SIGN AND DATE THIS FORM, AND RETURN IT.

3)     Was Anna Perasso negligent?

    Yes __X__     No _____

IF YOU ANSWERED QUESTION 3 "YES," PROCEED TO QUESTION 4.

IF YOU ANSWERED QUESTION 3 "NO," PROCEED TO QUESTION 6.

4)     Was Anna Perasso's negligence a factual cause of any harm to her?

       Yes __X__    No _____

PROCEED TO QUESTION 5.

5)     If you have found more than one party causally negligent, you must apportion the negligence among those parties.

       Taking the combined negligence that was a factual cause of any harm to Anna Perasso as 100 percent, what percentage of that causal negligence was attributable to Cove Haven and what percentage was attributable to Anna Perasso?

       Percentage of causal negligence attributable to Cove Haven: __50__ %

       Percentage of causal negligence attributable to Anna Perasso: __50__ %

       Total: 100%

IF YOU HAVE FOUND ANNA PERASSO'S CAUSAL NEGLIGENCE TO BE GREATER THAN 50 PERCENT, THEN SHE CANNOT RECOVER AND YOU SHOULD STOP, SIGN AND DATE THIS FORM, AND RETURN IT.

IF YOU HAVE FOUND ANNA PERASSO'S CAUSAL NEGLIGENCE TO BE LESS THAN 50 PERCENT, PROCEED TO QUESTION 6.

6)     Itemize the amount of damages, if any, sustained by Anna Perasso as a result of the July 17, 2008 fall, without regard to and without reduction by the percentage of causal negligence that you have attributed to her.

       A. Past medical expenses        $ __10,000__

       B. Future medical expenses        $ __0__

       C. Past lost earnings        $ __5,000__

       D. Past, present, and future pain and suffering, embarrassment and humiliation, and loss of enjoyment of life        $ __0__

       E. Disfigurement        $ __0__

       F. Incidental costs        $ __5,000__

       Total        $ __20,000__

PLEASE STOP, SIGN AND DATE THIS FORM, AND RETURN IT.

By The Jury:

12/6/2012
Date

*[signature]*
Jury Foreperson