AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Middle District of Pennsylvania

| | | |
|---|---|---|
| ANNA PERASSO | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No.   3:10-CV-1476 |
| COVE HAVEN, INC., et al., | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

✔ the plaintiff *(name)* ANNA PERASSO recover from the defendant *(name)* COVE HAVEN, INC., et al., the amount of TEN THOUSAND dollars ($ 10,000.0 ), which includes prejudgment interest at the rate of zero(0) % , plus post judgment interest at the statutory rate.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

✔ other:   The judgment was $20,000, but the jury apportioned comparative liability on a 50%-50% basis. Therefore, the verdict was molded to reflect this determination, and hence, the judgment of $10,000.00.

This action was *(check one)*:

✔ tried by a jury with Judge   A. Richard Caputo   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   Dec 6, 2012

CLERK OF COURT

/s/ Judith A. Malavé

*Signature of Clerk or Deputy Clerk*