AO 450 (Rev. 11/11) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Pennsylvania

| | |
|---|---|
| ANNA PERASSO <br> *Plaintiff* <br> v. <br> COVE HAVEN, INC., et al, <br> *Defendant* | ) <br> ) <br> )  Civil Action No.   3:10-1476 <br> ) <br> ) |

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

✔ the plaintiff *(name)* ANNA PERASSO recover from the defendant *(name)* COVE HAVEN, INC., et al., the amount of TEN THOUSAND FIVE HUNDRED NINETY THREE dollars ($ 10,593.00 ), which includes prejudgment interest at the rate of 5.93 %, plus post judgment interest at the rate _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

other: _____

This action was *(check one)*:

✔ tried by a jury with Judge   A. Richard Caputo   presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for _____

Date:   Feb. 8, 2013

CLERK OF COURT

/s/ Judith A. Malavé

*Signature of Clerk or Deputy Clerk*