UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ANNA PERASSO | NO. 3: 10-CV-1476 |
| **Plaintiff** | Civil Action - Law Division |
| v. | JURY TRIAL DEMANDED |
| CAESARS COVE HAVEN, ET.AL | Honorable A. Richard Caputo |
| **Defendant** | (Electronically Filed) |

## ORDER

AND NOW, this __16th__ day of __April__, 2013, upon the motion of Plaintiff's counsel for disposition of satisfaction funds to be paid by the Defendant Cove Haven arising out of the judgment in the above matter, including the assessment of delay damages and taxable costs in the total amount of $13,489.08, it is hereby ordered that the payment by the Defendant shall be made payable to the firm of Fine, Wyatt & Carey, P.C., attorneys for Anna Perasso for the use and application against the costs incurred in the litigation of this matter as set forth in the forgoing motion.

BY THE COURT:

_____ J.